UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ARWA MUTHANA,

Defendant.

21-CR-277-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an *ex parte* letter from Christine Delince, Esq., court-appointed co-counsel for defendant Arwa Muthana, representing that a potential conflict of interest has arisen as a result, reportedly, of communications between the defendant and Sabrina Shroff, Esq., who has not been appointed to represent, and has not appeared for, the defendant. Ms. Delince requests an urgent conference with the Court. The Court has received an *ex parte* letter from Ms. Shroff in response, stating that "the accusation is incorrect." The Court directs Ms. Delince to file her letter under seal and will file under seal the letter submitted by Ms. Shroff.

The Court is scheduling an urgent **in-person** conference to address this matter. The conference will be held tomorrow, **Tuesday, August 31, 2021**, at **1:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. In addition to Ms. Muthana, all counsel are to attend, including court-appointed counsel for Ms. Muthana, counsel for co-defendant James Bradley, Government counsel, and Ms. Shroff. On the basis of the letters submitted, the Court does not believe it necessary for Ms. Muthana's co-defendant, to attend. The Court's deputy has arranged for the production of Ms. Muthana at this conference. The Court expects the participants, given the sensitivity of this situation, to attend

the conference in person. For avoidance of doubt, and to avoid any potential compromise of Ms. Muthana's existing representation pending the conference, the Court directs that counsel who have not appeared for Ms. Muthana on the docket of this case not have any communications with her.

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 30, 2021
       New York, New York