

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

August 30, 2021

**TO BE FILED UNDER SEAL**
**BY EMAIL**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: U.S. v. Muthana (PAE),
21 Cr. 277
Motion to Seal Publicly

Dear Judge Englemayer,

    I am requesting for the letter dated August 27, 2021 regarding a potential conflict of interest, be filed under seal.

Respectfully Submitted,

Christine Delince, Esq.

The Court will file counsel's letter under seal. Counsel is to file a redacted version of this letter on the docket of the case. The Clerk of Court is requested to terminate the motion at Dkt. No. 22.

8/30/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge