

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  t 646.375.2119  c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  t 646.375.2117  c 917.238.9332

September 8, 2021

<u>Via Ecf</u>
Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Bradley, et. al
    21 Cr. 277 (PAE)

Dear Judge Engelmayer:

    Defense counsel jointly submit this letter to request an adjournment of the conference scheduled for September 17, 2021.  The reason for this request is the large amount of discovery left to review in this matter.  In addition, the parties are in the process of trying to get approval from the CJA budgeting attorney to have Emma Greenwood appointed as our Litigation Support Specialist.  Her role would be to assist us in formatting and organizing the discovery in this matter.  The defense respectfully requests an adjournment of 90 days.

    We have consulted with the government, and they have no objection to this request.  The government also requests that time be excluded until the next conference date, and the defense has no objection.

    Respectfully submitted,

    _Christine Delince_
    Christine Delince, Esq.

cc:  Richard Ma
    Anthony Cecutti
    AUSA Richman
    AUSA DeFilippis