

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  t 646.375.2119  c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  t 646.375.2117  c 917.238.9332

October 26, 2021

Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Muthan
    21 Cr. 277 (PAE)

Dear Judge Engelmayer:

I write to request that the Court order the Metropolitan Detention Center ("MDC Brooklyn") to provide Ms. Muthana with clean and bottled drinking water, and psychological treatment, by Friday, October 29, 2021. Ms. Muthana has informed me that several weeks ago, she requested to ███████████████████████████. She has made at least one follow-up request since then. However, MDC Brooklyn has not been responsive to her request. Ms. Muthana's ████████████, and lack of responsiveness by MDC Brooklyn, come within the context of other issues related to Ms. Muthana's conditions of confinement.

On Monday October 25, 2021, Deirdre D. von Dornum, Attorney-in-Charge of the Eastern District of New York Federal Defenders, informed CJA panel members that there may be an issue with clean water for women being housed at MDC Brooklyn. I contacted Ms. Muthana, over Corrlinks, and inquired if she was having trouble getting clean water. Ms. Muthana informed me that there have been brown bits of dirt and debris in the water, and that she and the other women were told to, "drink water out of the sinks near the showers, or the sink near the slop sink". Additionally, the air conditioner in her unit has not been working, making her unit incredibly hot.



**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  t 646.375.2119  c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  t 646.375.2117  c 917.238.9332

Accordingly, I request that Your Honor order the MDC Brooklyn to provide Ms. Muthana with clean and bottled drinking water, and ███████████████, by Friday, October 29, 2021. I have enclosed an Order for Your Honor's endorsement.

Respectfully submitted,

Christine Delince, Esq.

cc:   AUSA Richman