UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                                                  ORDER

                                             21. Cr. 277 (PAE)

ARWA MUTHANA,

        Defendant.
--------------------------------------------------------X

       Upon the application of ARWA MUTHNA, by her attorney, CHRISTINE DELINCE, it

is hereby ORDERED that the Metropolitan Detention Center furnish Arwa Muthana with clean

and bottled drinking water by October 29, 2021. It is further ordered that the Metropolitan

Detention Center provide Arwa Muthana with ███████████████ by October 29, 2021.

                                     **SO ORDERED:**

                                      _____

                                      Hon. Paul A. Engelmayer
                                      United States District Judge

Dated: October _____, 2021
       New York, New York