UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
             -v-                                                        :         21-CR-277 (PAE)
                                                                        :
JAMES BRADLEY, and,                                                     :         SCHEDULING ORDER
ARWA MUTHANA,                                                           :
                                                                        :
                                                                        :
                         Defendants.                                    :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The conference currently scheduled in this case for **Feburary 4, 2022** is hereby rescheduled to **February 3, 2022** at **10:30 a.m.**  The Court hereby converts this conference from in person, to telephonic, as a result in the rising number of COVID-19 cases within New York City. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 28, 2022
       New York, New York