

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2021

▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. James Bradley and Arwa Muthana*, 21 Cr. 277 (PAE)

Dear Judge Engelmayer:

      (U)  The Government respectfully submits this classified, *ex parte* letter in response to the Court's order at the November 5, 2021 status conference requiring the Government to submit a letter outlining its plan for the handling of classified materials and any briefing pursuant to Section 4 of the Classified Information Procedures Act ("CIPA").  The Government proposes, with the consent of the defense, submitting its Section 4 CIPA motion to the Court on or before April 1, 2022.  Given that the Court has scheduled a status conference for February 7, 2022, at which time the Court has advised that it expects the defendants to identify any motions they may make, and that the Court intends to set a motion and trial schedule, the Government respectfully submits that the proposed deadline of April 1, 2022 for its Section 4 motion will not delay the progress of this case.  While this classified letter addressing the Government's anticipated CIPA Section 4 motion is properly submitted *ex parte* and under seal for the reasons discussed below, the Government intends to file a notice of this submission on the public docket that provides the unclassified information set forth in this paragraph.



Hon. Paul A. Engelmayer
December 1, 2021
Page 2

Hon. Paul A. Engelmayer
December 1, 2021
Page 3

███████████████████████████████████████████

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

                                     By: _____/S/_____
                                                Andrew J. DeFilippis
                                                Jason A. Richman
                                                Benjamin Woodside Schrier
                                                Assistant United States Attorneys
                                                (212) 637-2231 / 2589 / 1062

**SECRET // NOFORN**