UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JAMES BRADLEY and
ARWA MUTHANA,

                         Defendants.

21-CR-277 (PAE)

<u>SCHEDULING ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court set the following schedule:

- The next conference in this case is scheduled for **March 10, 2022** at **11:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until March 10, 2022.

- Trial is scheduled for **November 14, 2022** at 9:00 a.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 3, 2022
       New York, New York