UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JAMES BRADLEY, and,<br>ARWA MUTHANA,<br><br>                    Defendants. | 21-CR-277 (PAE)<br><br>SCHEDULING ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court set the following schedule:

- The next conference in this case is scheduled for **April 12, 2022** at **11:15 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until November 14, 2022.

SO ORDERED.

                                                            _____
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: March 10, 2022
       New York, New York