UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | 21-CR-277 (PAE) |
| -against- | ORDER |
| ARWA MUTHANA, | |
| Defendant. | |

------------------------------------------------------X
Paul A. Engelmayer, United States District Judge

    Good cause having been shown, it is hereby ordered that Esere Onaodowan, Esq. be appointed under the Criminal Justice Act to represent the above-named defendant until Christine Delince is again able to represent her, or until further order of the Court.

    Esere Onaodowan is authorized to bill at the prevailing CJA attorney rate and is hereby given permission to submit a voucher for her representation in this matter under the CJA E-voucher system.

SO ORDERED:

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
United States District Judge

Dated: March 16, 2022