

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 23, 2022

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re: <u>United States</u> v. <u>James Bradley and Arwa Muthana</u>, 21 Cr. 277 (PAE)

Dear Judge Engelmayer:

  As the Court is aware, the Government's anticipated Classified Information Procedures Act submission in this matter is due on April 1, 2022. Yesterday, we were directed by relevant components of the Department of Justice to seek an adjournment of one month, to on or before May 2, 2022, to finalize a declaration from the relevant head of agency that is a necessary component of the filing. *See United States v. Aref*, 533 F.3d 72, 80 (2d Cir. 2008) (specifying that the state secrets privilege must be "lodged by the head of the department which has control over the matter, after actual personal consideration by that officer" (internal citation and quotation omitted)). Trial in this matter is scheduled to begin on November 15, 2022, and the Government respectfully submits that the requested adjournment will not interfere with the scheduling in this case. The defendants have no objection to this request.

              Respectfully submitted,

              DAMIAN WILLIAMS
              United States Attorney

          By:  /s/
             Andrew J. DeFilippis
             Jason A. Richman
             Benjamin Woodside Schrier
             Assistant United States Attorneys
             (212) 637-2231 / 2589 / 1062

**GRANTED.**

3/23/2022

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge