Case 1:21-cr-00277-PAE   Document 55   Filed 03/30/22   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

March 30, 2022

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York

    Re:    *United States v. James Bradley et al.*, 21 Cr. 277 (PAE)

Dear Judge Engelmayer:

    The Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on the above-captioned docket. After April 1, 2022, the undersigned will no longer be employed by the United States Attorney's Office for the Southern District of New York.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Benjamin Woodside Schrier
    Assistant United States Attorney
    Southern District of New York
    (212) 637-1062

cc: Defense Counsel (by ECF)

    **GRANTED.**        3/30/2022

    SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge