UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ECF CASE |
| | : | |
| - v. - | : | NOTICE OF APPEARANCE AND |
| | : | REQUEST FOR ELECTRONIC |
| JAMES BRADLEY, and | : | |
| ARWA MUTHANA | : | NOTIFICATION |
| | : | |
| Defendants. | : | 21 Cr. 277 (PAE) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

> Respectfully submitted,
>
> DAMIAN WILLIAMS
> United States Attorney for the
> Southern District of New York
>
> by: _____
> Matthew J.C. Hellman
> Assistant United States Attorney
> (212) 637-2278