
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 10, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. James Bradley and Arwa Muthana*, 21 Cr. 277 (PAE)

Dear Judge Engelmayer:

      The Government writes to respectfully update the Court regarding the Government's inquiry as to any statements made by the defendants to U.S. government personnel while housed at the Metropolitan Detention Center in Brooklyn ("MDC"). The Government notes that this inquiry was undertaken by the undersigned, who has been designated as a wall AUSA to explore this matter. The prosecution team, including AUSAs and agents involved in the underlying investigation of this case, did not participate in the inquiry or learn the substance of its results. As described below, the defendants made statements to personnel from the Federal Bureau of Prisons ("BOP") as part of a facility-wide initiative to collect information relevant to housing and safety measures at the MDC. Records of the defendants' statements have been produced to defense counsel. A description of the circumstances under which those statements were obtained is generally set out below and was also previously provided to defense counsel.

      Based on its inquiry, the Government has confirmed that the defendants were both interviewed once in mid-February 2022 by BOP staff members responsible for updating inmate intake and screening records. These confidential records, which are intended to be maintained for all BOP inmates, reflect voluntary interviews of individual inmates conducted by BOP staff regarding inmate gang, extremist, or other affiliations which may bear on the housing safety and status of BOP inmates generally.

      The interviews of the defendants occurred in the wake of a January 2022 gang-related incident at another BOP facility that resulted in the death of multiple inmates. The BOP, aware that the gang violence in the incident involved at least one gang with a substantial presence at the MDC, updated its inmate intake and screening records for the entirety of that facility by conducting voluntary interviews of every inmate at the MDC. The defendants were both contacted by BOP personnel as part of this broad update. The BOP personnel selected to conduct this update were members of the BOP who are not directly affiliated with the MDC, and whose responsibilities include managing internal updates and recordkeeping of this type. The inquiry into this matter has not given any indication that the defendants were interviewed by any other government personnel while at the MDC.

Hon. Paul A. Engelmayer                                                                                                    Page 2
June 10, 2022

      In conducting this inquiry, the undersigned identified and interviewed the BOP staff members who were part of the MDC-wide records update, and in particular, the staff members who individually met with the defendants. The Government further obtained the records documenting the results of those meetings which are maintained by the BOP. The Government has provided notes of its interviews with the BOP staff members, as well as copies of the records, in discovery to respective counsel for the defendants. The defendants' attorneys have further been advised that, after reviewing the individual records, they may advise the Government if they consent to cross-production of the notes and records to co-defendant's counsel.

      The Government has decided that, in an abundance of caution, the prosecution team will not access or view the notes and records, nor discuss the substance of those records, with the undersigned or BOP staff members with knowledge of their contents. The undersigned will continue to perform a wall-attorney function and address any questions or concerns defense counsel may have with respect to these materials, including any issues that may arise if defense counsel intends to use the materials affirmatively. The undersigned is of course available to appear before the Court should it have any further questions regarding the materials and events discussed herein.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:               /s/           
     Matthew Hellman
     Assistant United States Attorney
     (212) 637-2278

cc: Defense Counsel (by Email and ECF)