UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JAMES BRADLEY, and,
ARWA MUTHANA,

Defendants.

21-CR-277 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at the conference held on June 21, 2022, the Court set the following schedule:

- The Government's 404(b) notice is due by July 25, 2022.

- The next conference in this case is scheduled for **August 3, 2022** at **11:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Any motions *in limine* are due **September 9, 2022.**

- Opposition to any motions *in limine* are due **September 23, 2022.**

- Requests to charge and proposed voir dire are due **September 23, 2022.**

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 23, 2022
       New York, New York