# ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | | |
|---|---|---|
| 65 BROADWAY SUITE 715 | | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | | WWW.AMCMLAW.COM |

August 2, 2022

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. Paul A Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Arwa Muthana,</u> 21 Cr. 277 (PAE) – Request for waiver of appearance at court conference

Dear Judge Engelmayer:

I am scheduled for a court conference tomorrow at 1:00p.m. in a capital case, <u>United States v. Jose Moises Blanco</u>, 20 Cr. 251 (JMA), at the Central Islip Courthouse. As a result, I write to request waiver of my in-person appearance at the court conference scheduled for August 3, 2022, at 11:30a.m. Instead of appearing in person, I request permission to appear by telephone. Esere Onaodowan, co-counsel in this matter, will be at the conference in person.

Respectfully Submitted,

*[signature]*

Karloff C. Commissiong, Esq.

Cc: A.U.S.A. Jason Richman
    A.U.S.A. Andrew DeFilippis
    A.U.S.A. Kaylan Lasky

**GRANTED.** Provided that Mr. Commissiong participates by telephone, and that his co-counsel is present in person, his in-person appearance at today's conference is excused. The Clerk of Court is requested to terminate the motion at Dkt. No. 80.

8/3/2022

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge