

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 17, 2022

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. James Bradley and Arwa Muthana*, **21 Cr. 277 (PAE)**

Dear Judge Engelmayer:

      The parties jointly write respectfully to request that the Court adjourn the upcoming pretrial deadlines in this case by approximately two weeks. The parties are in the midst of negotiations which may potentially result in a pretrial resolution of this case. The additional time would permit the parties to devote their efforts to these discussions.

      The parties respectfully submit the proposed revised schedule for pretrial filings, to the extent such filings are necessary, and would not interfere with the scheduled trial date of November 14, 2022:

- Any motions *in limine* due September 23, 2022 (currently September 9, 2022)

- Opposition to any motions *in limine*, as well as requests to charge and proposed voir dire due October 7, 2022 (currently September 23, 2022)

- Pretrial conference to address any pretrial motion by the Government for partial closure of the courtroom or related relief, to be scheduled for a date convenient for the Court (currently September 30, 2022 at 10:30 a.m.)

- Pretrial conference to address any pretrial motions, to be scheduled for a date

convenient for the Court after October 7, 2022 (currently October 6, 2022 at 10:30 a.m.)

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

                          By:   /S/_____
                                                Andrew J. DeFilippis
                                                Kaylan E. Lasky
                                                Jason A. Richman
                                                Assistant United States Attorneys
                                                (212) 637-2231 / 2315 / 2589

cc:     Defense counsel (by ECF)