# The University of Alabama at Birmingham

Date issued: 11-01-2022

Record of: Arwa A Muthana
Student ID: xxx-xx-
Date of Birth: Mar 07th xxxx

Address:
Hoover, AL

Level: Undergraduate
Program: BS in Nuclear Med. Technology
School: Health Professions
Major: Nuclear Medicine Technology

| | Level | Earn hrs | Att hrs | Q pts |
|---|---|---|---|---|
| Transfer GPA: 0.00 | UG | 3.00 | 0.00 | 0.00 |
| Overall GPA: 2.95 | UG | 157.00 | 171.00 | 506.00 |
| UAB GPA: 2.95 | UG | 154.00 | 171.00 | 506.00 |

| Degree Awarded | Date |
|---|---|
| Bachelor of Science | 04/25/15 |

GPA: 2.95  E hrs: 157.00  Q pts: 506.00
Major: Nuclear Medicine Technology

## Advanced Placement Credit

**Summer 2010**

| Course | Title | Hours | Grade |
|---|---|---|---|
| PY 101 | Intro to Psychology | 3 | P |

## University of Alabama at Birmingham

**Fall Term 2010** (Good Standing)
Dean's List

| Course | Title | Hours | Grade |
|---|---|---|---|
| HY 101 | Western Civilization I | 3 | A |
| EH 101 | English Composition I | 3 | B |
| MA 105 | Pre-Calculus Algebra | 3 | A |
| MU 120 | Music Appreciation | 3 | W |
| HRP 101 | Experience the Univ Transition | 3 | A |

Earn hrs: 12 Att hrs: 12 Qpts: 45 GPA: 3.75

**Spring Term 2011** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| EH 102 | English Composition II | 3 | B |
| HY 102 | Western Civilization II | 3 | C (N) |
| AHS 300 | Survey of Health Professions | 2 | A |
| ANTH 106 | Introductory Archaeology | 3 | B |
| BY 115 | Human Anatomy | 4 | B |
| MA 106 | Pre-Calculus Trigonometry | 3 | B |

Earn hrs: 15 Att hrs: 18 Qpts: 53 GPA: 2.94

**Summer Term 2011** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| CH 106 | Introductory Chemistry I Lab | 1 | W |
| HY 102 | Western Civilization II | 3 | A (I) |
| CH 105 | Introductory Chemistry I | 3 | C |
| ARH 101 | The Art Experience | 3 | C |

Earn hrs: 9 Att hrs: 9 Qpts: 24 GPA: 2.66

**Fall Term 2011** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| CH 107 | Introductory Chemistry II | 3 | D (R) |
| EH 224 | Amer Lit II:1865-Pre | 3 | D (R) |
| MA 180 | Intro to Statistics | 3 | D (N) |
| CH 106 | Introductory Chemistry I Lab | 1 | A |
| CH 108 | Introductory Chemistry I Lab | 1 | B |
| PHL 115 | Contemporary Moral Issues | 3 | A |
| AHS 350 | Med Terminology for Hlth Prof | 3 | F (N) |

Earn hrs: 5 Att hrs: 11 Qpts: 22 GPA: 2.00

**Spring Term 2012** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| PH 201 | College Physics I | 4 | C |
| BY 116 | Introductory Human Physiology | 4 | F (R) |
| HE 140 | First Aid | 3 | C |
| MA 180 | Intro to Statistics | 3 | C (I) |

Earn hrs: 10 Att hrs: 10 Qpts: 20 GPA: 2.00

**Summer Term 2012** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| CH 107 | Introductory Chemistry II | 3 | C (I) |

Earn hrs: 3 Att hrs: 3 Qpts: 6 GPA: 2.00

Christine Delince, Esq.
The Law Offices of Onaodowan & Delince, PLLC
116 W 23rd St Fl 5
New York, NY 10011-2599

SIGNATURE BELOW APPEARS IN WHITE

Cynthia Terry
University Registrar

This officially sealed and signed transcript is printed on green SCRIP-SAFE® security paper with the signature printed in white. A raised seal is not required. When photocopied a security statement containing the name of the institution will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

THIS TRANSCRIPT IS PRINTED ON SECURE PAPER AND DOES NOT REQUIRE A RAISED SEAL

# The University of Alabama at Birmingham

Date issued: 11-01-2022

Record of: Arwa A Muthana

**Fall Term 2012** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| EH 224 | Amer Lit II:1865-Present | 3 | B (I) |
| ARA 101 | Introductory Arabic I | 3 | A |
| BY 116 | Introductory Human Physiology | 4 | C (I) |
| SOC 100 | Intro to Sociology | 3 | C |

Earn hrs: 13  Att hrs: 13  Qpts: 35  GPA: 2.69

**Spring Term 2013** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| AHS 350 | Med Terminology for Hlth Prof | 3 | B (I) |
| PH 202 | College Physics II | 4 | F (N) |
| BY 216 | Pathophysiology | 3 | A |
| ARA 102 | Introductory Arabic II | 3 | A |

Earn hrs: 9  Att hrs: 13  Qpts: 33  GPA: 2.53

**Summer Term 2013** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| PH 202 | College Physics II | 4 | C (I) |

Earn hrs: 4  Att hrs: 4  Qpts: 8  GPA: 2.00

**Fall Term 2013** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| NMT 400 | Intro Clinic Nuclear Med Tech | 2 | B |
| NMT 431 | Nuclear Medicine Procedures I | 4 | C |
| NMT 404 | Patient Care | 2 | A |
| NMT 410 | Medical Radiation Physics | 4 | D (N) |
| AHS 330 | Health Care Systems | 3 | D |

Earn hrs: 11  Att hrs: 15  Qpts: 29  GPA: 1.93

**Spring Term 2014** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| NMT 442 | App of Radiation Protection BY | 1 | A |
| NMT 443 | Regulatory Issues | 2 | B |
| NMT 421L | Instrumentation I Lab | 1 | A |
| NMT 451 | Communication Skills | 1 | A |
| NMT 421 | Instrumentation I | 3 | B |
| AHS 460 | Research Methods | 3 | B |
| NMT 441 | Radiation Protection & Biology | 3 | B |

Earn hrs: 14  Att hrs: 14  Qpts: 45  GPA: 3.21

**Summer Term 2014** (Good Standing)
Presidential Honors

| Course | Title | Hours | Grade |
|---|---|---|---|
| NMT 432 | Nuclear Medicine Procedures II | 4 | A |
| NMT 410 | Medical Radiation Physics | 4 | A (I) |
| NMT 452 | Seminar II | 1 | A |
| NMT 491 | Clinical Practice I | 5 | A |
| NMT 405 | Cross-Sectional Anatomy | 3 | A |

Earn hrs: 17  Att hrs: 17  Qpts: 68  GPA: 4.00

**Fall Term 2014** (Good Standing)

| Course | Title | Hours | Grade |
|---|---|---|---|
| NMT 460 | Radiochem and Radiopharmacy | 2 | C |
| NMT 422 | Instrumentation II | 3 | A |
| NMT 461 | Radiopharmacy & Pharmclogy Lab | 1 | A |
| NMT 423 | Computed Tomography | 3 | B |
| NMT 492 | Clinical Practice II | 7 | A |

Earn hrs: 16  Att hrs: 16  Qpts: 57  GPA: 3.56

**Spring Term 2015** (Good Standing)
Dean's List

| Course | Title | Hours | Grade |
|---|---|---|---|
| HCM 330 | Health Care Systems | 3 | B |
| NMT 493 | Clinical Practice III | 10 | A |
| NMT 499 | Correlative Imaging | 3 | A |

Earn hrs: 16  Att hrs: 16  Qpts: 61  GPA: 3.81

**SIGNATURE BELOW APPEARS IN WHITE**

Cynthia Terry
University Registrar

This officially sealed and signed transcript is printed on green SCRIP-SAFE® security paper with the signature printed in white. A raised seal is not required. When photocopied a security statement containing the name of the institution will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

THIS TRANSCRIPT IS PRINTED ON SECURE PAPER AND DOES NOT REQUIRE A RAISED SEAL

 THE UNIVERSITY OF
ALABAMA AT BIRMINGHAM



## FORGIVENESS REQUEST FORM

The Forgiveness Policy, effective fall 2006, allows an undergraduate to request forgiveness for up to four UAB courses in which a grade of C, D, or F has been earned by repeating the course.  The policy may be applied only to UAB courses, and those courses may have been taken before, during or after fall 2006.  Once a course grade has been forgiven, the decision is irrevocable; therefore, you should submit this form only after you have confirmed the grade you will receive in the repeated course.  All forgiveness requests must be made prior to application for degree.  Your signature on this form affirms that you understand the conditions outlined here.  For the complete text of the forgiveness policy, please consult the UAB Undergraduate Catalog.  Please note that certain schools may have restrictions on how the forgiveness policy may be applied.

Name (print)  Arwa Muthana          Student Number  ▮▮▮▮▮▮▮

Date  2/12/13          Signature  _____

Phone Number  202-492-8915          E-mail address  arwamuth@uab.edu

Prefix and number of course you wish to be considered for forgiveness (e.g., EH 221)  CH 107

Course Title  Intro. Chemistry II

Term / Year the listed course was taken  Fall 2011          Grade earned  D
(this attempt will be removed from the GPA calculation)

Term / Year the course was repeated for forgiveness  Summer 2012          Grade earned  C

Are you expecting to graduate at the end of the semester?  ○ Yes   ○ No

Note: Please allow 5 working days for processing. View your transcript online at BlazerNET to verify that this form has been processed.

Return form to:
Office of the Registrar, 250 Hill University Center, 1400 University Boulevard, Birmingham, AL 35294
Phone (205) 934-8222 | Fax (205) 975-3700

UAB ONESTOP

FEB 12 2013

 **THE UNIVERSITY OF ALABAMA AT BIRMINGHAM**



## FORGIVENESS REQUEST FORM

The Forgiveness Policy, effective fall 2006, allows an undergraduate to request forgiveness for up to four UAB courses in which a grade of C, D, or F has been earned by repeating the course. The policy may be applied only to UAB courses, and those courses may have been taken before, during or after fall 2006. Once a course grade has been forgiven, the decision is irrevocable; therefore, <u>you should submit this form only after you have confirmed the grade you will receive in the repeated course.</u> All forgiveness requests must be made prior to application for degree. Your signature on this form affirms that you understand the conditions outlined here. For the complete text of the forgiveness policy, please consult the UAB Undergraduate Catalog. Please note that certain schools may have restrictions on how the forgiveness policy may be applied.

Name (print) _Arwa Mutthana_                    Student Number _B01123108_

Date _Feb. 12, 2013_          Signature _Arwa Mutthan_

Phone Number _202-492-8915_          E-mail address _arwamuth@uab.edu_

Prefix and number of course you wish to be considered for forgiveness (e.g., EH 221) _BY 116_

Course Title _Physiology_

Term / Year the listed course was taken _Spring 2012_          Grade earned _F_
{this attempt will be removed from the GPA calculation}

Term / Year the course was repeated for forgiveness _Fall 2012_          Grade earned _C_

Are you expecting to graduate at the end of the semester?  ◯ Yes   ⊘ No

Note: Please allow 5 working days for processing. View your transcript online at BlazerNET to verify that this form has been processed.

Return form to:
Office of the Registrar, 250 Hill University Center, 1400 University Boulevard, Birmingham, AL 35294
Phone (205) 934-8222 | Fax (205) 975-3700

## UAB ONESTOP

### FEB 12 2013