# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MUTHANA, ARWA A | | Reg #: 91334-054 |
| Date of Birth: | Sex: F Race: WHITE | Facility: BRO |
| Encounter Date: 11/01/2021 10:53 | Provider: Duncan, Gina FNP-BC | Unit: B04 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**    Provider: Duncan, Gina FNP-BC

Chief Complaint: **MENTAL HEALTH**

Subjective:

Pain:

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/01/2021 | 11:16 BRO | 9 | Via Machine | Regular | Duncan, Gina FNP-BC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/01/2021 | 11:16 BRO | 14 | Duncan, Gina FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/01/2021 | 11:16 BRO | 114/77 | Right Arm | Sitting | Adult-regular | Duncan, Gina FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/01/2021 | 11:16 BRO | 100 | Room Air | Duncan, Gina FNP-BC |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Mental Health**

**Posture**

| Inmate Name: MUTHANA, ARWA A | | Reg #: 91334-054 |
|---|---|---|
| Date of Birth: ▮ | Sex: F  Race: WHITE | Facility: BRO |
| Encounter Date: 11/01/2021 10:53 | Provider: Duncan, Gina FNP-BC | Unit: B04 |

Yes: Upright, Attentive

**Grooming/Hygiene**
Yes: Appropriate Grooming

**Facial Expressions**
Yes: Appropriate Expression

**Affect**
Yes: Flat, Anxious, Constricted, Depression, Bland, Sad

**Speech/Language**
Yes: Appropriate, Normal Rate

**Mood**
Yes: Sadness, Anxiety

**Thought Process**
Yes: Appropriate

**ASSESSMENT:**

▮▮▮▮▮▮▮▮▮▮▮▮

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | ▮▮▮ | 11/01/2021 10:53 |

**Prescriber Order:** ▮▮▮▮▮▮

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 11/08/2021 00:00 | MLP 01 |
| ▮▮▮▮ | | |

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**

▮▮▮▮▮▮▮▮

Pt. educated on how to access to health care (email, written cop-out, and duty provider through unit officer), current plan of care, diagnosis, medications (including risks, benefits, alternative treatments), and follow-up instructions for this visit.
F/u in sick call PRN.
Pt. verbalized understanding of all instructions given.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/01/2021 | Counseling | Plan of Care | Duncan, Gina | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | Reg #: | 91334-054 |
|---|---|---|---|---|---|---|
| Inmate Name: | MUTHANA, ARWA A | | | | Facility: | BRO |
| Date of Birth: | | Sex: | F | Race: WHITE | Unit: | B04 |
| Note Date: | 12/09/2021 09:58 | Provider: | | Duncan, Gina FNP-BC | | |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Duncan, Gina FNP-BC

Refilling medications for continuity of care. F/u appt pending.

I have reviewed this patient's available medical file for recent labs, tests, and encounters and found this treatment to be clinical indicated at this time.

**Renew Medication Orders:**

| Rx# | **Medication** | **Order Date** |
|---|---|---|
| 416632-BRO | ██████████████ | 12/09/2021 09:58 |

**Prescriber Order:**

Indication:

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Duncan, Gina FNP-BC on 12/09/2021 10:00

| Inmate Name: MUTHANA, ARWA A | | Reg #: 91334-054 |
|---|---|---|
| Date of Birth: ▮▮▮▮ | Sex: F Race: WHITE | Facility: BRO |
| Encounter Date: 12/16/2021 08:49 | Provider: Duncan, Gina FNP-BC | Unit: B04 |

**Speech/Language**
Yes: Normal Rate, Normal Articulation

**Mood**
Yes: Appropriate, Contentment, Affable

**ASSESSMENT:**

█████████████████████████

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | ██████████ | | 12/16/2021 08:49 |
| | **Prescriber Order:** | ████████████████████████ |  |
| | Indication: | ████████████████ |  |

**Discontinued Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 418543-BRO | ██████████ | | *12/16/2021 08:49* |
| | **Prescriber Order:** | ████████████████████████ |  |

Discontinue Type: *When Pharmacy Processes*
Discontinue Reason: *Order changed*
Indication:

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 12/30/2021 00:00 | MLP 01 |

█████████████████████

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**
Pt. educated on how to access to health care (email, written cop-out, and duty provider through unit officer), current plan of care, diagnosis, medications (including risks, benefits, alternative treatments), and follow-up instructions for this visit.
F/u in sick call PRN.
Pt. verbalized understanding of all instructions given.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/16/2021 | Counseling | Plan of Care | Duncan, Gina | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Duncan, Gina FNP-BC on 12/16/2021 09:01

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name: MUTHANA, ARWA A | Reg #: 91334-054 |
| Date of Birth: ███████ | Facility: BRO |
| Encounter Date: 12/16/2021 08:49 | Unit: B04 |

Sex: F   Race: WHITE
Provider: Duncan, Gina FNP-BC

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1    Provider: Duncan, Gina FNP-BC

Chief Complaint: MENTAL HEALTH

Subjective: ███████████████████████

Pain: ███████████████████████

## OBJECTIVE:

### Pulse:

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 12/16/2021 | 08:53 | BRO | 72 | Via Machine | Regular | Duncan, Gina FNP-BC |

### Blood Pressure:

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 12/16/2021 | 08:53 | BRO | 101/67 | Right Arm | Sitting | Adult-regular | Duncan, Gina FNP-BC |

### SaO2:

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 12/16/2021 | 08:53 | BRO | 98 | Room Air | Duncan, Gina FNP-BC |

### Exam:

**General**

**Affect**
Yes: Pleasant, Cooperative

**Appearance**
Yes: Alert and Oriented x 3

**Nutrition**
Yes: Within Normal Limits

**Mental Health**

**Posture**
Yes: Within Normal Limits, Upright, Attentive

**Grooming/Hygiene**
Yes: Appropriate Grooming

**Facial Expressions**
Yes: Appropriate Expression

**Affect**
Yes: Appropriate

**Bureau of Prisons** **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
# Psychology Services
## Group Participation

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | MUTHANA, ARWA | | | **Reg #:** | 91334-054 |
| **Date of Birth:** | | **Sex:** F | **Facilitator:** | (P)Steinhaus, G. Psy.D. | |
| **Date:** 03/22/2022 | | **Group Facility:** BRO | **Group Title:** | [176] Trauma in Life- 1st Quarter 2022 | |

**Status:** Completed
**Enroll Date:** 03/22/2022    **End Date:** 06/09/2022
**Total Hours:** 8.75

## SESSION DATA:

**Number of Sessions:** 5    **First Session Date:** 03/22/2022    **Last Session Date:** 04/04/2022

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 04/04/2022 | Bonus Session | 45 | Complete Session | Good | Satisfactory |
| 03/30/2022 | Session 4 | 120 | Complete Session | Good | Satisfactory |
| 03/28/2022 | Session 3 | 120 | Complete Session | Good | Satisfactory |
| 03/25/2022 | Session 2 | 120 | Complete Session | Good | Satisfactory |
| 03/22/2022 | Session 1 | 120 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 20.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 80.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
## Psychology Services
### Group Participation

| | | | | | | |
|---|---|---|---|---|---|---|
| **Inmate Name:** | MUTHANA, ARWA | | | | **Reg #:** | 91334-054 |
| **Date of Birth:** | ▓▓▓▓▓ | **Sex:** F | **Facilitator:** | (P)Avena, Jolie PsyD/DAPC | | |
| **Date:** | 03/24/2022 | **Group Facility:** BRO | **Group Title:** | [178] Seeking Safety [Tuesday Group] | | |

**Status:** Completed

**Enroll Date:** 03/24/2022   **End Date:** 06/09/2022

**Total Hours:** 13.5

## SESSION DATA:

**Number of Sessions:** 11   **First Session Date:** 03/24/2022   **Last Session Date:** 06/09/2022

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 06/09/2022 | Conclusion | 90 | Complete Session | Good | Satisfactory |
| 05/31/2022 | Life Choices | 90 | Complete Session | Good | Satisfactory |
| 05/24/2022 | Emotional Triggers | 90 | Complete Session | Good | Satisfactory |
| 05/17/2022 | CANCELLED-STAFF ON LEAVE | 0 | Complete Session | Not Apply | Not Apply |
| 05/10/2022 | CANCELLED-STAFF ON LEAVE | 0 | Complete Session | Not Apply | Not Apply |
| 05/10/2022 | Process Group | 90 | Complete Session | Good | Satisfactory |
| 05/03/2022 | Grounding | 90 | Complete Session | Good | Satisfactory |
| 04/26/2022 | Seeking Safety Process Group | 90 | Complete Session | Good | Not Apply |
| 04/19/2022 | Trauma & Substance Abuse | 90 | Complete Session | Good | Satisfactory |
| 04/05/2022 | Coping Skills | 90 | Complete Session | Good | Not Apply |
| 03/24/2022 | Introduction | 90 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 81.8 % | Not Apply | 45.5 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 54.5 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 18.2 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
## Psychology Services
## Administrative Contact with an Inmate

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | MUTHANA, ARWA A | | | | | Reg #: | 91334-054 |
| Date of Birth: | | Sex: | F | Facility: | BRO | Unit Team: | B |
| Date: | 05/04/2022 14:43 | Provider: | | Steinhaus, G. Psy.D. | | | |

### Comments

This clinician attempted to meet with Ms. MUTHANA on the above-listed date per her written request. However, Ms. MUTHANA asked if this clinician could return during non-prayer times, and she was subsequently advised her name will remain on the waitlist to be seen per her request.

Completed by Steinhaus, G. Psy.D. on 05/10/2022 15:47

# Bureau of Prisons

## Psychology Services

### Clinical Intervention - Clinical Contact

| Inmate Name: | MUTHANA, ARWA A | | | | Reg #: | 91334-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/07/1992 | Sex: | F | Facility:  BRO | Unit Team:  B | |
| Date: | 05/06/2022 11:45 | Provider: | | Steinhaus, G. Psy.D. | | |

**Focus of Session**

Ms. MUTHANA was seen on the above-listed date per her written request. The purpose of this contact was to address her presenting concerns.

**Subjective/Objective Presentation**



**Intervention(s)**

Active and empathic listening were utilized to assess her mental status, address her presenting concerns, and maintain rapport. Coping mechanisms and adaptive means of self-advocacy were discussed. Psychoeducation was provided, and insight-provoking questions utilized.

**Progress/Plan**

Religious Services was informed of Ms. MUTHANA's desire to discuss her religious rights at this institution.

Completed by Steinhaus, G. Psy.D. on 05/13/2022 15:29

# Bureau of Prisons
## Psychology Services
## Clinical Intervention - Clinical Contact

| Inmate Name: | MUTHANA, ARWA A | | | | Reg #: | 91334-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Facility: BRO | Unit Team: B | |
| Date: | 06/06/2022 14:29 | Provider: | | Steinhaus, G. Psy.D. | | |

### Focus of Session

Ms. MUTHANA was seen on the above-listed date for a scheduled follow-up appointment. The purpose of this contact was to again discuss her presenting concerns.

### Subjective/Objective Presentation



Completed by Steinhaus, G. Psy.D. on 07/07/2022 13:45

# Bureau of Prisons
## Psychology Services
### Independent Study

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MUTHANA, ARWA A | | | | Reg #: | 91334-054 |
| Date of Birth: | | Sex: | F | Facility: BRO | Unit Team: | B |
| Date: | 11/15/2022 15:30 | Provider: | | Steinhaus, G. Psy.D. | | |

**Comments**

Completed by Steinhaus, G. Psy.D. on 11/15/2022 15:32

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| | | | | |
|---|---|---|---|---|
| **Complex:** | BRO--BROOKLYN MDC | **Begin Date:** 01/13/2022 | **End Date:** 01/13/2023 | |
| **Inmate:** | MUTHANA, ARWA A | **Reg #:** 91334-054 | **Quarter:** | B01-006L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                     Denied

## Active Prescriptions

**Rx#:** 418998-BRO          **Doctor:** Duncan, Gina (MAT) FNP-BC
**Start:** 12/16/21          **Exp:** 06/14/22          **Pharmacy Dispensings:**

**Rx#:** 428245-BRO          **Doctor:** Duncan, Gina (MAT) FNP-BC
**Start:** 06/15/22          **Exp:** 09/13/22          **D/C:** 09/12/22          **Pharmacy Dispensings:**

**Rx#:** 432305-BRO          **Doctor:** Bialor, Bruce (MAT) MD, CD
**Start:** 09/12/22          **Exp:** 10/12/22          **Pharmacy Dispensings:**

**Rx#:** 435654-BRO          **Doctor:** Duncan, Gina (MAT) FNP-BC
**Start:** 11/16/22          **Exp:** 05/15/23          **Pharmacy Dispensings:**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | Reg #: | 91334-054 |
|---|---|---|---|---|---|---|
| Inmate Name: | MUTHANA, ARWA A | | | | | |
| Date of Birth: | | Sex: | F | Race: WHITE | Facility: | BRO |
| Note Date: | 09/12/2022 12:27 | Provider: | | Ladyzhenskiy, Anatoliy | Unit: | B01 |

Pharmacy Note - Chart Review-Other encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE  **1**      Provider:  Ladyzhenskiy, Anatoliy PharmD

    I have reviewed this patient's available medical file for recent labs, tests, and encounters and found this
    treatment to be clinical indicated at this time.
    Renewing CC medications for continuity of care

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 428245-BRO | | | 09/12/2022 12:27 |
| | **Prescriber Order:** | | |
| | Indication: | | |

**Copay Required:** No           **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes     **By:**  Bialor, Bruce (MAT) MD, CD
**Telephone or Verbal order read back and verified.**

Completed by Ladyzhenskiy, Anatoliy PharmD on 09/12/2022 12:29
Requested to be cosigned by Bialor, Bruce (MAT) MD, CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Duncan, Gina (MAT) FNP-BC.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MUTHANA, ARWA A | | Reg #: 91334-054 |
| Date of Birth: | | Sex:  F  Race: WHITE | Facility: BRO |
| Encounter Date: 11/16/2022 08:49 | | Provider: Duncan, Gina (MAT) FNP- | Unit: B01 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**    Provider:  Duncan, Gina (MAT) FNP-BC

Chief Complaint:   **MENTAL HEALTH**

Subjective:

Pain:

**Seen for clinic(s): Mental Health**

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/16/2022 | 08:51 BRO | Unavailable | 0.0 | | Duncan, Gina (MAT) FNP-BC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/16/2022 | 08:51 BRO | 86 | Via Machine | Regular | Duncan, Gina (MAT) FNP-BC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/16/2022 | 08:51 BRO | 15 | Duncan, Gina (MAT) FNP-BC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/16/2022 | 08:51 BRO | 108/79 | Left Arm | Sitting | Adult-regular | Duncan, Gina (MAT) FNP-BC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/16/2022 | 08:51 BRO | 100 | Room Air | Duncan, Gina (MAT) FNP-BC |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Mental Health**

| Inmate Name: | MUTHANA, ARWA A | | | | Reg #: | 91334-054 |
|---|---|---|---|---|---|---|
| Date of Birth: | ████████ | Sex: | F   Race:   WHITE | Facility: | BRO | |
| Encounter Date: | 11/16/2022 08:49 | Provider: | Duncan, Gina (MAT) FNP- | Unit: | B01 | |

**Posture**

> Yes: Upright, Attentive

**Grooming/Hygiene**

> Yes: Appropriate Grooming

**Affect**

> Yes: Flat

**Speech/Language**

> Yes: Normal Rate, Normal Articulation

**Mood**

> Yes: Appropriate

**Thought Process**

> Yes: Logical, Goal Directed

**Thought Content**

> Yes: Appropriate

**ASSESSMENT:**

███████████████████████████

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | ████████ | | 11/16/2022 08:49 |
| | **Prescriber Order:** | ████████████████ | |
| | Indication: | ████████████ | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit<br>depressive d/o, PTSD | 11/23/2022 00:00 | Physician 05 |
| MLP Chronic Care Follow up<br>med renewal | 05/01/2023 00:00 | MLP 01 |

**Disposition:**

> Follow-up at Sick Call as Needed

**Other:**

> Pt. educated on how to access to health care (email, written cop-out, and duty provider through unit officer), current plan of care, diagnosis, medications (including risks, benefits, alternative treatments), and follow-up instructions for this visit.
> F/u in sick call PRN.
> Pt. verbalized understanding of all instructions given.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/16/2022 | Counseling | Plan of Care | Duncan, Gina | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes

Inmate Name:   MUTHANA, ARWA A
Date of Birth:
Encounter Date:  11/16/2022 08:49

Sex:        F       Race:  WHITE
Provider:  Duncan, Gina (MAT) FNP-

Reg #:    91334-054
Facility:  BRO
Unit:       B01

**Telephone/Verbal Order:**   No

Completed by Duncan, Gina (MAT) FNP-BC on 11/16/2022 09:02

Requested to be cosigned by  Bialor, Bruce (MAT) MD, CD.

Cosign documentation will be displayed on the following page.