```
BRORC                 *   INMATE EDUCATION DATA    *    01-13-2023
PAGE 001 OF 001       *        TRANSCRIPT          *    16:10:19

REGISTER NO: 91334-054    NAME..: MUTHANA            FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BRO-BROOKLYN MDC

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
BRO  GED HAS    COMPLETED GED OR HS DIPLOMA 12-19-2022 1234 CURRENT

---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL  DESCRIPTION                START DATE  STOP DATE  EVNT AC LV  HRS
BRO F     FEMALE CROCHET             07-11-2022  08-08-2022  P   C  P    5
BRO F     BASIC BOOKKEEPING          07-11-2022  08-04-2022  P   C  P   12
BRO F     BUSINESS ACUMEN            06-20-2022  07-11-2022  P   C  P   12
BRO F     DIABETES                   06-06-2022  06-10-2022  P   C  P    3
BRO F     GR WOMN RSTBSD FTNES PART  05-06-2022  06-10-2022  P   C  P    6
BRO F     TUTOR TRAINING             03-21-2022  03-21-2022  P   C  P    2
BRO F     RECREATION & LEISURE JOURNAL 02-27-2022 03-05-2022 P   C  P    7
BRO F     FEMALE HEALTH LOG          10-11-2021  10-16-2021  P   C  P   12
BRO F     FEMALE CROCHET             06-09-2021  07-07-2021  P   C  P    5




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```



# MDC Brooklyn Recreation Department

This is to Certify that

*Arwa Muthana*

Has Successfully Completed

*Crochet Sentry Course*

At MDC Brooklyn

This certificate is hereby issued this 23rd day of July 2021

*R. Simon*

Recreation Specialist





# MDC Brooklyn Recreation Department

This is to Certify that

*Arwa Muthana*

Has Successfully Completed

*Health Log Sentry Journal*

At MDC Brooklyn

This certificate is hereby issued this 11th day of March, 2022

*R. Simon*

Recreation Specialist



# MDC Brooklyn Recreation Department

This is to Certify that

*Arwa Muthana*

Has Successfully Completed

*Sentry Journal*

At MDC Brooklyn

This certificate is hereby issued this 12th day of March, 2022

*R. Simon*
Recreation Specialist



U.S. Department of Justice
Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

*Anwa Muthana*

**Tutor Training**

Teacher-led training developed by the
Education Department at MDC Brooklyn

*D Greco*

D Greco- Teacher
March 21, 2022

# Certificate of Completion

*Presented to*

## Arwa Muthana

Register # 91334-054

This certificate is an acknowledgement of the successful completion of:

*Trauma in Life Workshop at*

*Metropolitan Detention Center, Brooklyn, NY*

This certificate is hereby issued on April 5, 2022.

_____

Dr. Steinhaus, Psy.D., M.S.
Staff Psychologist

# Metropolitan Detention Center
Brooklyn, New York

*Arwa Muthana*

has satisfactorily completed
SEEKING SAFETY
and is hereby awarded this
*Certificate of Achievement*
On June 9, 2022

T. Faust, MA
Psychology Extern

J. Avena, PsyD
Clinical Psychologist

# MDC Brooklyn Recreation Department

This is to Certify that

*Arwa Muthana*

Has Successfully Completed

Women's Rest-Based Fitness Sentry Class

At MDC Brooklyn

This certificate is hereby issued this 10th day of June 2022

R. Simon
Recreation Specialist



# MDC Brooklyn Recreation Department

This is to Certify that

*Arwa Muthana*

Has Successfully Completed

*Sentry Journal*

At MDC Brooklyn

This certificate is hereby issued this 13th day of June, 2022

*R. Simon*
Recreation Specialist

# Certificate of Completion

This certifies that

## ARWA MUTHANA

Completed the following class:

## Women's Relationships I



MDC Brooklyn

G. Matey, Special Population Coordinator

7/8/22
DATE



U.S. Department of Justice
Federal Bureau of Prisons
**Certificate of Completion**

This certificate is presented to

*Anwa Muthana*

**Business Acumen**

*Corporate Skills Training Program provided by the Education Department at MDC Brooklyn*

A. Delgado

A. Delgado - Education Specialist
July 11, 2022



# MDC Brooklyn Recreation Department

This is to Certify that

*Arwa Muthana*

Has Successfully Completed
Crochet Sentry Course
At MDC Brooklyn

This certificate is hereby issued this 8th day of August 2022

*R. Simon*
Recreation Specialist

# Certificate of Completion

This certifies that

## Arwa Muthana

Completed the following class:

**Understanding Your Feelings: Shame and Low-Self Esteem**



8/17/22
DATE

G. Matey, Special Population Coordinator

MDC Brooklyn

# Certificate of Completion

Presented to

## Arwa Muthana

Register # 91334-054

This certificate is an acknowledgement of the successful completion of the

Anger Management Handouts

Metropolitan Detention Center, Brooklyn, NY

This certificate is hereby issued on November 15, 2022.

_____
Dr. Steinhaus, Psy.D., M.S.
Staff Psychologist

# Certificate of Completion

This certifies that

## Arwa Muthana

Completed the following class:

## Circle of Strength



MDC Brooklyn

G. Matey, Special Population Coordinator

12/27/22
DATE

# Certificate of Completion

This certifies that

## Arwa Muthana

Completed the following class:

## Foundations



G. Matey, Special Population Coordinator

MDC Brooklyn

12/22/22
DATE

# Certificate of Completion

This certifies that

## Arwa Muthana

Completed the following class:

## Healthier Me in the BOP

MDC Brooklyn

G. Matey, Special Population Coordinator

1/4/23
DATE