

Supporting women and gender expansive people through
Housing, Economic mobility, Recovery & Opportunities

January 5, 2023

Jenny Crawford
Columbia University School of Social Work

Re: Arwa Muthana

Dear Ms. Crawford,

SHERO (formerly known as the Women's Community Justice Project/WCJP) is a consortium of four established organizations across NYC providing transitional housing and supportive services to help divert homeless and unstably housed women and gender-expansive people from incarceration. Our housing programs create the opportunity to improve lives while remaining in the community, supporting residents in working to resolve their legal matters, reuniting with their families, and progressing toward personal academic/employment goals in a stable and supportive setting. Our staff is collaborative with alternative to detention/incarceration programs to thoughtfully meet the needs of each individual.

Ms. Muthana is eligible for SHERO's transitional housing programs and a bed is available to her upon release at Providence House, located at 396 Lincoln Road, Brooklyn, New York.

The team at Providence House will work with any other community-based providers to best support Ms. Muthana during her stay and help ensure her success. While enrolled in SHERO, she will also receive housing specialist services to include a comprehensive housing assessment and housing-related referrals.

We look forward to continuing our work with Ms. Muthana in the community.

Respectfully,

*Gina Meusel*

Gina Meusel, LMSW
Senior Social Worker

HousingPlus | SHERO