```
TRULINCS  91334054 - MUTHANA, ARWA A - Unit: BRO-B-A
```
-----

FROM: 91334054
TO: Delince, C
SUBJECT: nnn
DATE: 01/16/2023 11:27:43 PM

Gloria Rodriguez Gonzalez
Inmate # 50844-069
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, Ny 11232

Re: Arwa A Muthana
Register #: 91334-054

        Honorable Judge Paul A Englemayer
        District Judge, Southern District
        U.S. District Court - house
        NY, NY 10007

    The Honorable Judge Englemayer,
    Today I want to speak to you through this letter in regards to Arwa Muthana. I met Mrs. Muthana on March 31, 2021 as soon as she arrived here at MDC Brooklyn. Ever since, Mrs. Muthana has always been very quiet and reserved yet very attentive and helpful. In my honest opinion she is respectful and an intelligent person who is always reading and stays focused. One thing i truly admire about her is her creativity, capacity, and patience to teach. Mrs. Muthana tutors inmates to prepare them for their GED test. Mrs. Muthana has also taken many classes that are offered to us here in MDC. She stays active and maintains proactiveness in all activities she is eager to be a part of such as Recreation, Psychology, Arts & Crafts, and other FSA programs. Mrs. Muthana is a caring and intelligent person whom you can engage in conversation of any topic with. The reason for that is because she is always reading and learning new things.
    Mrs. Muthana is very respectful. She is never in the middle of any problematic discussions nor is she ever starting any problems here in our unit and everyone is a witness to that. Mrs. Muthana has a clear record here in MDC and is always on her best behavior. She has never received a ticket nor has ever disrespected any of us here in the institution.
    In the time Mrs. Muthana has served here I am a witness that she has learned a big lesson from her experience. Mrs. Muthana follows her religion strictly yet I truly admire the respect she has towards other religions. Even though i am a catholic we can share beliefs and opinions of both religions without having any problems or disagreements. We learned a lot from each other. Mrs. Muthana regrets dearly what she lived that led her here. She truly treasures her freedom. She always tells me, "Gloria i have learned so much in this place. This is the biggest lesson of my life." She never thought that that she would go through so much in such a short period of time. From bad administration of MDC, horrible diet, poor medical administration and many other bad conditions we have to endure while detained and waiting to be sentenced. She has also told me, "Gloria, this is all due to my bad decisions. I will never expose myself again to those matters that will put me in a position that could lead me to losing my freedom again."
    Honorable Judge Englemayer, in my very honest personal opinion, Mrs. Muthana deserves a second chance of life and freedom. She told me about the abuse she went through with her family that started at such a young age and also about the strict cultural rules that prevented her from living her life to the fullest. She regrets the choices she made and hopes to start a new chapter in her life, free from the mindset that ended her freedom. She is young and full of aspiration. She can do so much to better and teach the community.
    Judge Englemayer, at the time of sentencing, please put your hand on your heart and reflect on the fact that Mrs. Muthana is human and has made a mistake that she truly acknowledges and regrets. Even though she is strong, I have seen her suffering even though she tries to hide it. I know she has changed. I ask you only to be just Honorable Judge Englemayer.
    Thank you for your time, God Bless you.
    Sincerely,
    Gloria Rodriguez Gonzalez
    MDC Brooklyn
    Inmate # : 50844-069

January 16th, 2023

Your honor,

My name is Gina Zhou. I know Mrs. Arwa Muthana since the first day I came to MDC Brooklyn. Arwa is such a loving friend. I'm so happy that her case is coming to the end.

In my eyes, Arwa is a very kind muslim girl. She is the type of person that puts everyone else before herself. Incarceration days are horrific. When we are suffering, we are so focused on ourselves. We always think about how to make ourselves feel better. On the contray, Arwa feels others' pain. Her priority is how to make others feel better. She cares if everyone is OK. She offers hygien and food for new inmates, share her own food with the ones who have no commissary. We take many classes together. After the classes, she will spend hours with the classmates who need help with the homework. She invariably explains each question to us patiently. She is so kind and helpful. We often go to her for help. She also tutors the inmates for GED Test. Her tutoring session is not a simple Q&A. She detailly explains the formulas, gives examples, assigns homework after each session. Furthermore, she checks the students progress, makes sure they are putting effort in studying, and encourages them to study harder. One time, I saw on the whiteboard she used for tutoring, "Pass! Pass! Pass!" Through the simple words, I saw an unselfish and generous heart.

Arwa is also humble, forgiving, and understanding girl. Living in a Unit with 40 inmates is definately like a TV show. So many dramas are going on daily. Even through Arwa tried her best to live in a drama-free zone, things happen once a while. Some inmates may misunderstand her, may do bad things to her, but she forgives them from the very first minute. She doesn't complain, and is perpetually optimistic about life. She gives her hands to serve and her heart to love. I really hope she can go home soon and

Dear Judge Englemayer,

My name is Meizhen Song. I am an inmate from MDC. Arwa Muthana and I have been living together for over 8 months. In my eyes, she is a kind and smart girl with a sympathetic and loving heart.

When I first arrived in MDC, I received tons of help from Arwa. Gradually we become best friends. We discuss many different topics of knowledge and life and exchange views about religion and beliefs. We have very different backgrounds. Although, I am a Chinese Christian, our discussions are always smooth and joyful.

Arwa Muthana is definitely a good listener. When I feel down, she invariably accompanies me and comforts me. Despite the harsh condition we are experiencing, Arwa continuously holds a positive attitude. She is quiet in the unit and never gets in any trouble.

Arwa keeps herself busy. Whenever there is a class posted up on our bulletin, she is one of the first people to sign up. Currently she is enrolled in 2 Columbia University Spring Semester classes; U.S. presidency and slavery. She also tutors inmates for their GED. She spent more than 40 hours tutoring one inmate. Arwa is very thoughtful of those around her and is always willing to help.

Arwa maintains a good relationship with everyone around her. If someone does something improper, she will put herself in their shoes and comfort them calmly. She always says, "I understand we all feel hopeless in this circumstance, we may lose our temper once in a while, but it is fine! I hope we all can move on and go home soon."

I believe this behavior reflects her experience with the trauma she lived with her family. Arwa took the "Trauma in life" psychology class here in MDC and she learned a lot of health coping skills.

Your honor, Arwa Muthana is absolutely not an evil person. In spite of her past trauma with her family, being separated from her husband for innumerable days and nights, shouldering tremendous pain, she still strong and optimistic. I hope my letter can provide a little more information for you to get to know Arwa better. I really hope she will have a bright future.

Thank you for taking your time to read my letter from your busy agenda.

I wish you good health!

January, 16, 2023
Meizhen Song
#95799-509

I have been working with Muthana #91334-054 for over a year and half she has not given me not 1 problem at all. She does what I ask of her, she is very respectful she helps out new inmates that come to the unit.

Once again Mrs. Muthana is not a problem very respectful and she is a good person.

s/s C/O A. Veale
correctional officer Veale
1/14/23