In The Name of Allah Most Gracious Most Merciful
My name is Ahmed Ali Muthana
Born in 1959
The address : Hoover - Alabama
Phone 202-460-1113


The Honorable Paul A. Englemayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v Arwa Muthana
21 Cr. 277 (PAE)

Dear Judge Englemayer:


My name is Ahmed Muthana, the father of Arwa Muthana, a former diplomat, currently working
with my children in commerce. After obtaining a master's degree in political and social sciences
from Sofia University - Republic of Bulgaria in 1986 AD, I returned to my country, South
Yemen, where I joined the diplomatic work in the Ministry of Foreign Affairs.

In 1990 I got married and moved with my wife to work in the permanent delegation of the
Republic of Yemen to the United Nations in New York. After the civil war in 1994, and as a
result of my position in support of the southern side, which lost the war, I was dismissed from
work, and I decided to stay in America with my wife, my daughter Arwa, who was two and a
half years old, and my son Anwar, who was a year and a half old.

In her childhood, my daughter Arwa was very cheerful, and soon she showed sharp intelligence
and early maturity in her personality as a speaker and interlocutor without fear or shyness from
the people around her. In the middle school stage, she turned into a quiet character accompanied
by a kind of shyness, but with a good spirit and committed to her behavior, clothing, and
relationships with others.

Arwa is a girl who feels responsible at home and at school from childhood until adulthood, and
after completing her university studies, which she completed with distinction. We never felt that
she had any academic problems, at school, with her colleagues, or even outside the home.

As a father, I was always proud of her, and I looked forward with hope to that day when she would start working in her field of specialization, nuclear medicine, to serve people. I was sure that she would make a difference in her work and in her relations with her colleagues.

Arwa, since her childhood, was not a source of annoyance or harm to anyone, and when she reached the age of maturity, she did not bear hatred and malice for anyone, and when she was subjected to any violence or bullying, she remained silent and did not bear in herself the spirit of revenge.

Arwa is a contented girl who does not care about luxuries in her life. The last thing for her is material matters, because she believes that there are more important things in life that deserve more attention. She is a girl who is religiously committed to what pleases God by persevering in praying on time and completely. She loves goodness for others and has sincere feelings towards the poor and does not hesitate to provide assistance to the needy. In return for her great love for children and her commitment to her mother's housework, she gave up her ambition as a young girl who is scientifically and mentally qualified, and instead of joining a job, she decided to stay with her mother in home service and help her brothers in school work , especially her younger brother who was more attached to her.

Ahmed A. Muthana
December, 2022

In The Name of Allah Most Gracious Most Merciful
My name is: Basmeh Muhammad Elshayri
Born in Yemen 1967
Mother and housewife
the address:

Hoover, AL.
(202)460-1113
23/12/2022

The Honorable Paul A. Englemayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v Arwa Muthana
21 Cr. 277 (PAE)

Dear Judge Englemayer:

Arwa, my first child, she was everything to me. In her childhood, she was a happy, cheerful, innocent girl in her looks and speech. Since she entered school until the end of the university, I did not hear any problems about her. She adheres to her morals. She is a calm, obedient girl who helps in the house without hesitation. She likes to work by my side and help me in many household chores, as I was dependent on her in many household matters. She is the beloved, dear, and loyal friend. My dear daughter is a human being in the full sense of the word, with high morals, polite, and shy. Her heart is white, kind, and affectionate. I felt her love for her mother and her desire to bring happiness and pleasure to my heart. 28 years we lived together in a modest house, our days were full of happiness and love. What I love most about my daughter Arwa is contentment in everything.

Arwa throughout her life between us as a family did not cause any problems with anyone inside and outside the house at school or university. I witnessed with my own eyes how much love the girls had for Arwa. As a mother, Arwa's departure from the house was the biggest loss for me, and I hope that God will bring us together and the days will return as they were, hoping that I will see her before I die. I honestly say that Arwa is her mother's sweetheart, and God is a witness to what I say.

I pray to God to bring her back because she is the light of the house. I am a mother and it is difficult for me to part with my daughter, whom I loved with all my feelings. Her absence has caused me more worries, fear, illness and weakness in my strength. As the days pass, my life turns upside down. And I ask God to bring us together in goodness, for after hardship there is ease, and if days separate us, fate will bring us together, God willing.

Mother Basmeh M. Elshayri

The Honorable Paul A. Englemayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v Arwa Muthana
21 cr.277 (PAE)

Dear Judge Englemayer:

My name is Anwar Muthana, Arwa Muthana's younger brother. I am a political science and
Economics major from the University of Alabama at Birmingham and an alumni of the
NCUSAR internship program, and former advisor to the Yemen-Mission to the UN. Im currently
working full time in sales, planning on returning to school to continue my higher education.

Arwa is my older sister by exactly a year, we're the oldest out of 5 children and because of our
age and maturity, I've bonded with Arwa differently than my other siblings. We were a year apart
so we went to the same school together from elementary up until university, I've known and
been close to Arwa my entire life. Despite only being a year older than me, Arwa was very wise
beyond her years, I looked up to Arwa because she was a very intelligent and had a strong moral
compass, her academic accomplishments and personality reflected that. Arwa was truly a very
quiet girl with good character, a genuine soul.

Arwa was always willing to help. Arwa volunteered at our local mosque, high school, university,
habitat for humanity, and a member of MSA at UAB. She was always helping our uncle's family
out when my uncle and cousin were both diagnosed with cancer. Arwa always provided a hand
without asking for anything in return.

Respectfully yours,

Anwar A Muthana
December 2022.

The Honorable Paul A. Englemayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v Arwa Muthana
21 cr.277 (PAE)

Dear Judge Englemayer:

My name is Emad Saleh, brother of Arwa Muthana. I am 26 years old, I work and manage
Birmingham imports LLC(used car dealership) with my cousin and brother Mohammed. Arwa
has always been the best from all my siblings. And always been a favorite by my parents because
of her great attitude and uplifiting spirit around the house. She would never get into any trouble
or any arguments wether it was in school, home or even in the playgrounds 20 years ago. Shes
always been the smartest, the most carring, the most helpful and always someone we can go to
for emotional support. Arwa has always been there for me ever since I was a child. From when I
needed help studying for a test or school project to teaching me good manners and respect to
everyone. Arwa has always been known for caring about others people well being, that's why she
would always check on each one of us and politely advice us on our wrongs and mistakes we
would have in life. I love Arwa and really miss her as a brother and a friend. She is someone that
would make any home a better and safer home.

Thank you.
Emad saleh
December 2022.

Mohammed Saleh
Hoover, AL 35226
December 23, 2022

The Honorable Paul A. Englemayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

RE: United States v Arwa Muthana
21 Cr. 277 (PAE)

Dear Judge Englemayer:

Hello, my name is Mohammed Saleh, I am writing this letter to you today on behalf of Arwa
Muthana, who I know as my sister. Arwa is my oldest sibling. Growing up, I have always seen
her as an example, and guide in my life as she was a person who exerted amazing character, and
treated everyone respectfully. I know Arwa as a kind, shy, and caring person. Arwa and I would
spend a lot of time together bonding as any siblings would; We'd watch movies, play games
together, or we would spend time outside. Growing up, she always wanted the best for me, as she
always would remind me and encourage me to do good things. Arwa would always offer to help
me with my studies because she knew that I would always struggle when it comes to education.
Arwa would often stay up long nights helping me with different assignments, or helping me
study for my finals, after spending her whole day doing her own work and helping my mother
around the house. My sister is someone who I've spent countless hours with, and I can say with
confidence that Arwa has always had a positive impact on my life, and has always been a great
help for me and the rest of my family.

Sincerely,

Mohammed Saleh

Ebtesam Ali
Hoover, Alabama
12/15/2022


The Honorable Paul A. Englemayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007


Re: United States v Arwa Muthana
21 cr.277 (PAE)


Dear Judge Englemayer:


This is Ebtesam Ali, the cousin of Arwa Muthana. I'm Saeed Muthana Saleh's daughter. My father and Arwa's father, Ahmed Muthana are siblings. My uncle's family is the only relatives that we have in the United States.  I remember when we first moved to the United States, I was filled with sorrow to leave my relatives and friends in Yemen, but also filled with joy and excitement to meet my uncle's family in the U.S. Before I even meet them, I have heard about how polite, kind, respectful and well disciplined they are, considering they were born and raised in the west. The first time we go to personally meet them was on a winter break, when my uncle my siblings and I to go visit them his family in Virginia. That was our first vacation in the U.S.A. two years after our arrival. It was such a great time with them where my siblings and her got along quite nicely and made life long memories. I remember Arwa was a nice girl with a warm smile that radiates comfort effortlessly. Even though there was a slight language barrier at that time, where I didn't know much English and she was very reluctant to use her Arabic, we managed to communicate and we just laugh whenever we try to say something but say it wrong anyway. During that vacation, I saw how Arwa was very helpful with her mom in house chores and with her siblings as well. Something is quite difficult to see in most teenagers. Arwa seemed very matured with her calmness and politeness in the way she interacts with her parents, siblings, and with us.

Few years later, they moved to Alabama, and it was such and exciting thing for us to get together and connect even more. I used to see her every morning in high school and sit in the cafeteria with our mutual friends before classes begin. She would help us by explaining our homework whenever we had trouble understanding it, since most of us were English Second Language students. She was clever, hardworking, and devoted student who is willing to help in any way she could. Everyone who knew arwa in school loved her because of her easy going and humble spirit that draws people into her.

Even in the community, she is very admired and looked up to. She is very well known for her great manners and extreme politeness whether it is with kids or elderlies. Kids would run and hug her and play with her during Friday's Family Night event, that were held weekly at the local mosque. She would bring some homemade desserts for sharing, and she volunteer serving food and do activities for kids whenever there was an event. Everyone loved her delicious oreo cake pops and other baked goods. She is well known for her pleasant personality and pure kind heart. No one ever heard or saw anything bad or repulsive about her. Indeed, she never mentioned or talked about anybody in a negative or destructive way, which designate her kindness and purity. Arwa is also very caring person who values and emphasizes the importance of family bonds. She always contacts me and asks about everyone in my family and comes to visit in my parent's house where we sit together to have tea and chat and play with our kids, who also ger very excited every time she comes to visit. She is always there to support during important family events such as graduations, special events, and even hardships. For example, when I was diagnosed with breast cancer, she always checks on me and comes to see me. We would reflect about how ordeals like mine are actually mercy and love from God to keep us close to Him by asking Him for help and cure. This reflections helps me to cope with my ordeal and gives me strength to continue my fight fiercely to win the battle. My worst times felt very comfortable in the presence of my family and loved ones, and definitelyArwa had lifted me up during those time through her kind words of encouragement and spiritually through duas, prayers. When we thought that my fight with cancer was successful, the whole family got devastated once again with the same disease but this time with my dear father who lost the battle at the end. Another ordeal, but a heavier one, because this time is happening to a brother, husband, father, and grandfather of eight grandchildren. However, the whole family was able to be steadfast and show support even more then before. Arwa, like always, never misses a chance to ask about my dad and comes with her brothers to see and wish him well. My father also was very appreciative for this family connection and support. He knew that Arwa is very caring and supportive, and he admired her so much for possessing such characteristics, because these qualities are the core for family bonds and long lasting relationships through life changes and ups and downs. He used to lookup to her on how she spends her time with her mom and dad and family in general, and not being kind of girl who just want to live for self desires and unnecessary time-wasting leisure. My mother, Huda Mused, particularlycherishes Arwa a lot and praises her morals and manners which are well illustrated by the way she talks and behaves with others whether is someone she knew or never met before. My mom always says that there is a lot of love for her deep in her heart as if she is one her own daughters. She described how her simplicity in her character and high morals make a person love her from first encounter.

Everyone in my family has the same feelings for Arwa, if not more. My sister, Amani and my brothers Yaseen, Mohammed, and Waleed along with my mom and deceased father knew Arwa as pure, kind-hearted, humble, smart, helpful, and caring person. She has a special place in our hearts and am sure in everyone who knew her. We, as her uncles' family, pray for her and wish her a life ahead filled with many great moments.

Respectfully yours,

Ebtesam Ali
Amani Ali
Yaseen Ali
Mohammed Ali
Waleed Ali
Huda Mused

Shaeri Family
Angola, Indiana
November 22, 2022

The Honorable Paul A. Englemayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v Arwa Muthana
21 Cr. 277 (PAE)

Dear Judge Englemayer:

This is the family of Abdulla Mohamed Shaeri, my father. Afrah Ali Mohamed, my mother. This is their daughter Fohnah Abdulla Shaeri, the person writing this letter. I'm 22 years old and mother to a 1 year old boy. I have five brothers Mohamed Abdullah Shaeri, Ali Abdullah Shaeri, Omar Abdulla Shaeri, Abubaker Abdulla Shaeri, Othman Abdulla Shaeri and two sisters Maryam and Fatema Abdulla Shaeri.

Everyone I mentioned Knows Arwa, My Aunts daughter , my father and her mother are siblings. We have lived together for a very long time. When my father, Abdulla first brought me and my mother and my brothers Mohamed and Ali to America from Yemen , My Aunt and Uncle were the first people that greeted us when we arrived on Feb,9,2005  to America. We lived together with their family in Virginia. After that , their family moved to Alabama and my family moved to Indiana. But even when we moved away ,we never stopped contact with each other, we talked and texted everyday. Every holiday or special occasion like Eid and summer vacation , my family would go visit my Aunt all the way to Alabama. And they would also come to our house in Indiana and stay with us for more than a couple weeks, every season , no matter if it was summer or winter. We would sleepover, eat , drink ,cook  and do everything together as a big family.

As you can tell we have known Arwa for quite a while . I remember coming over to our house. I would always look forward to when Arwa comes over. She is always the fun and amazing cousin to be around, we would occasionally go out shopping together ,go out to the park and have picnics. It was always fun when she was around  . She would take care of us little cousins like a mother and to me she is like the big sister that I never had. We would cook together and she would teach me lots about cooking. Everything Arwa made was

delicious. Her homemade desserts were delicious. To say the least, She was an amazing cook.

Arwa has a big kind heart, she talks positively about others , and not ONCE has she talked negatively about anyone around her. And it's her kindness that stands out when you first meet her. Whenever someone needed help from us, she would be there to help.

Anyone that has ever had Arwa in their life can agree that she is a lovely, smart , and kind hearted person. All the years we have known Arwa ,we've had nothing but positive and exciting times with her. We love her dearly and wish her the very best for the years to come.

Respectfully yours,

Abdulla Mohamed Shaeri ( Arwas Uncle ), Afrah Ali Mohamed ( Arwas Aunt ) , Fohnah Abdulla Mohamed Shaeri ( Arwas Cousin)