

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com  t 646.766.1662  c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  t 646.766.8113  c 917.238.9332

**VIA Electronic Mail**
Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Arwa Muthana, 21 Cr. 277 (PAE) - Request to file redacted sentencing memorandum and related expert reports under seal

Dear Judge Engelmayer:

      I write to request permission to file a redacted version of Arwa Muthana's sentencing memorandum. Additionally, I request permission to file under seal, the mitigation report and the forensic psychologist report.. The sentencing memorandum contains, in addition to medical information, sensitive information beyond the categories identified in the Privacy Policy referenced in Your Honor's Court Rules. Most of the mitigation report and all of the forensic report, detail clinical interviews and references extensive sensitive information related to Mrs. Muthana. An unredacted version of the memorandum and expert reports will be forwarded to Chambers via electronic mail, for Your Honor's review.

      Respectfully Requested,

      Christine Delince, Esq.