

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.766.1662   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.766.8113   c 917.238.9332

<u>**Via ECF**</u>
Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007                                                                              January 24, 2023

Re: United States v. Arwa Muthana
     21 Cr. 277 (PAE)

Dear Judge Engelmayer:

    Attached please find a redacted version of Exhibit A, which is part of the sentencing memorandum filed on behalf of Arwa Muthana on January 20, 2023.

 

Respectfully Submitted,

*Christine Delince*

Christine Delince, Esq.