

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119    c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.766.8113    c 917.238.9332

February 1, 2023

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Engelmayer,

After consultation with the government, we write to address their misinterpretation of our argument regarding the terrorism enhancement (See document number 104). The government misinterpreted the sentence-- "As a result, the Court should not apply the Terrorism Enhancement in this matter. Even if the Court decides to apply the Terrorism Enhancement, the Court should nevertheless impose a sentence of time served in this instance," as a breach of Arwa Muthana's plea agreement. To clarify, that sentence was intended to emphasize that the Court can impose a sentence at variance with the guidelines pursuant to its authority under 18 U.S.C. § 3553(a)(1).

Respectfully Submitted,

_____
/s/ Christine Delince, Esq.

_____
/s/ Karloff Commissiong, Esq.