

Esere J. Onaodowan, Esq.
eonaodowan@eocdlaw.com   t 646.375.2119   c 718.427.3139

Christine E. Delince, Esq.
cdelince@eocdlaw.com   t 646.766.8113   c 917.238.9332

February 3, 2023

**Via ECF**

Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *United States v. Arwa Muthana, 21 Cr. 277 (PAE)*

Dear Judge Engelmayer:

    We write to request that Arwa Muthana be assigned a female probation officer with respect to the portion of her sentence that includes ten years of supervised release. According to Ms. Muthana, her strict adherence to Islam prohibits her from being alone in the presence of a male who is not her husband, father, or other male relative.

    Accordingly, we ask that the Court incorporate this request into the judgement.

Respectfully Submitted,

_____
Christine Delince, Esq.

The Court will incorporate this request into the judgment in this case. The Clerk of Court is requested to terminate the motion at Dkt. No. 107.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

1 | P a g e