

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   c 917.238.9332

March 31, 2023

**Via ECF**
Hon. Paul A. Engelmayer
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Arwa Muthana
    21 Cr. 277 (PAE)

Dear Judge Engelmayer:

  Awa Muthana was sentenced on February 3, 2023. With the consent of the government, we respectfully request the return of Ms. Muthana's passport. Ms. Muthana has requested that her passport be returned to James Bradley's parents. After consultation with Mr. Bradley's attorney Richard Ma, Mr. Bradley's parents have agreed to receive Ms. Muthana's passport. A proposed order is attached.[1]

                        Respectfully Submitted,

                        Christine Delince, Esq.

cc:   AUSA Kaylan Lasky
   AUSA Jason Richman

---

[1] A proposed order is attached as Exhibit A.