UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA                     21 Cr. 277 (PAE)

       -against-                                         ORDER

ARWA MUTHANA,

       Defendant.
-------------------------------------------------------X

IT IS HEREBY ORDERED that:

The government is to arrange for the return of Arwa Muthana's passport to Greg and Sandra Bradley.

                                                        **SO ORDERED:**

                                                        _____

                                                        Hon. Paul A. Engelmayer
                                                        United States District Judge

Dated: _____, 2023