UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA                                    21-CR-277-02 (PAE)

          -against-                                                ORDER

ARWA MUTHANA,

          Defendant.
-------------------------------------------------------X

IT IS HEREBY ORDERED that:

      The government is to arrange for the return of Arwa Muthana's passport to Greg and

Sandra Bradley.

      The Clerk of Court is requested to terminate the motion at Dkt. No. 115.


**SO ORDERED:**

Paul A. Engelmayer

Hon. Paul A. Engelmayer

United States District Judge


Dated: March 31, 2023